# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRIAN NUCKOLS, *pro se*,

        Plaintiff,

v.

GRACE CENTERS OF HOPE,

        Defendant.

_____/

Case No. 07-13735

District Judge
Arthur J. Tarnow

Magistrate Judge
R. Steven Whalen

## JUDGMENT

In accordance with the Order entered on this day, December 12, 2007,

IT IS ORDERED AND ADJUDGED that this case shall be DISMISSED.

Dated at Detroit, Michigan, this 14th day of December , 2007.

                DAVID J. WEAVER
                CLERK OF THE COURT


                BY: s/Theresa E. Taylor
                      Deputy Clerk

Approved:


S/ARTHUR J. TARNOW
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 14, 2008 by electronic and/or ordinary mail.

 S/THERESA E. TAYLOR  
Case Manager